SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
EDWARD V. ANDERSON (State Bar No. 83148)
DEEPALI A. BRAHMBHATT (State Bar No. 255646)
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone: 650.815.2600
Facsimile: 650.815.2601
Email: evanderson@sheppardmullin.com
dbrahmbhatt@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
STEPHEN S. KORNICZKY (State Bar No. 135532)
WILLIAM J. BLONIGAN (State Bar No. 250961)
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: 858.720.8900
Facsimile: 858.509.3691
Email: skorniczky@sheppardmullin.com
wblonigan@sheppardmullin.com

Attorneys for Defendant, Tree.com, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| INTERNET PATENTS CORPORATION, f/k/a INSWEB CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>TREE.COM INC.,<br><br>Defendant. | Case No. CV 12-06505 JSW<br><br>**[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TREE.COM, INC. TO FILE ITS RESPONSE TO THE COMPLAINT**<br><br>Judge: Hon. Jeffrey S. White<br><br>Complaint Served: April 15, 2013<br>Current Response Date: May 6, 2013<br>New Response Date: May 20, 2013 |
|---|---|

WHEREAS, on May 3, 2013, the parties entered into a Stipulation allowing Defendant Tree.com, Inc. ("Defendant") an extension of time to respond to Plaintiff Internet Patents Corporation's ("Plaintiff") Complaint, and good cause appearing, the Court orders as follows:

The time for Defendant's answer, move or otherwise respond to Plaintiff's Complaint shall be extended up to and including May 20, 2013.

IT IS SO ORDERED:

DATED: May 6, 2013   _____
Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TREE.COM, INC. TO FILE ITS RESPONSE TO THE COMPLAINT - Case No. CV 12-06505 JSW